IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity of Ada County Prosecutor; GRANT P. LOEBS, in his official capacity of Twin Falls County Prosecutor; IDAHO STATE BOARD OF MEDICINE,<br><br>    Defendants. | Case No. 1:15-cv-00557-BLW<br><br>**ORDER STAYING ENFORCEMENT** |

THIS MATTER, having come regularly before the Court upon the parties' Stipulated Motion to Stay Enforcement (Dkt. 23) ("Stipulated Motion"), and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that for the duration of the litigation, until a final judgment is issued by this Court, Defendants are enjoined from enforcing the statutes at issue against Plaintiff, namely Idaho Code §§ [54-5712] as it relates to [54-5707(3)] and 18-605 and 18-618 as it relates to § 18-617(2)(e), and that no liability under Idaho Code §§ [54-5712] or 18-605 or 18-618 will be incurred by Plaintiff, its employees or agents for any abortions performed

without compliance with Idaho Code § [54-5707(3)] or § 18-617(2)(e) during the course of the injunction.

DATED: April 4, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court